UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

EDISON MAYO,

        Plaintiff,

   v.

RECYCLE TO CONSERVE, INC.,

        Defendant.
                                    /

NO. CIV. 2:10-629 WBS EFB

ORDER

----oo0oo----

        The court having received and considered plaintiff Edison Mayo's Application to Proceed Without Prepayment of Fees and Affidavit, and good cause appearing therefor, IT IS HEREBY ORDERED that plaintiff's application to proceed in forma pauperis with his complaint in this action be, and the same hereby is, GRANTED.

DATED: March 24, 2010

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1