ALDON BOLANOS, ESQ., SBN. 233915
LAW OFFICES OF ALDON BOLANOS
925 G STREET
SACRAMENTO, CA 95814
PH.   916.446.2800
Fx.   916.446.2828
WWW.ALDONLAW.COM

Attorney for Edison Mayo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDISON MAYO,<br><br>Plaintiff,<br><br>vs.<br><br>RECYCLE TO CONSERVE, INC,<br><br>Defendants. | Case No.  2:10-cv-00629-WBS-EFB<br><br>**DECLARATION OF JOSEPH SERPA**<br><br>DATE:   April 11, 2011<br>TIME:   02:00 P.M.<br>DEPT:   05<br>JUDGE:  SCHUBB |

I, Joseph Serpa, declare as follows:

1. If called I could and would testify competently to everything contained in this declaration.

2. I used to work at Recycle to Conserve. I was employed there while Edison Mayo was employed there. While there, my job was to run the receiving docks and I also was a driver. My race is Portuguese. I left the company in 2009.

3. Elwood would always talk badly about Edison. He would call him a "lazy, no-good nigger." He has said these things to me on multiple occasions. At least five times that I can recall specifically and it was likely more like ten occasions

1

that I witnessed. He acted like he was the boss, like he had authority over Sean O'Dahl. He would often try and give us orders and tell us what to do. By my best estimate, Elwood is a Caucasian male in his sixties.

4. Elwood tried to get into fights with me, get into my face. I would go to Sean O'Dahl and let him know about Elwood's inappropriate behavior. I complained at least three or four times. On each occasion, Sean would tell me "its alright, we'll get through it, just learn to deal with it," or words to that effect. But nothing ever happened. I got to thinking that Elwood had some inside information that protected him from any discipline by the company.

5. Edison complained to O'Dahl about Elwood. He would talk to me on many occasions about the problems he was having with Elwood and about how he complained to O'Dahl and O'Dahl did nothing.

6. On many occasions he would engage in the practice of bringing things to Edison and then dropping them at his feet, and then looking at Edison like Edison needed to pick it up.

7. Elwood deliberately did not do his job right. He knew the motor in my loader was bad and refused to fix it. I told Sean O'Dahl that it needed to get fixed and that if Elwood would not do the repairs, I would. Then Elwood told me he would "whoop my ass." He said this to me on multiple occasions.

8. O'Dahl just refused to action against Elwood. He would do as little as possible about Elwood to just "smooth things over." As far as I know, although O'Dahl would tell me he took actions against Elwood, I never saw him take any actions.

9. Elwood refused to perform regular maintenance on Edison's truck, and then the truck would malfunction and he would blame the problems on Edison. I thought it was very unfair.

10. RTC had a two-accident rule and I am familiar with the rule.

11. I think the white drivers were treated better than Edison was. They got better routes, Elwood would treat them better, perform repairs faster for them. They would get better trucks while if Edison needed another truck, Elwood and management would never accommodate his request for a different truck. Instead they would make excuses for why other trucks were not available.

12. Edison was the only black driver with the company. There were no other black drivers.

I declare on penalty of perjury under the laws of the United States that the foregoing is true and correct so help me God.

Dated: March 25, 2011          By: ___/s/ Joseph Serpo_____
                                    Joseph Serpo