UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| EDISON MAYO, | NO. CIV. 2:10-629 WBS EFB |
| Plaintiff, | |
| v. | ORDER RE: ADDITIONAL TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT |
| RECYCLE TO CONSERVE, INC., | |
| Defendant. | |

----oo0oo----

At the hearing on defendant Recycle to Conserve, Inc.'s motion for summary judgment, plaintiff Edison Mayo requested more time to oppose the motion pursuant to Federal Rule of Civil Procedure 56(d).

IT IS THEREFORE ORDERED that:

(1) Plaintiff's request for additional time to oppose defendant's motion be, and the same hereby is, GRANTED;

(2) Plaintiff shall file a new opposition by 4:00 p.m. on May 31, 2011; and

(3) Defendant may file any new reply by 4:00 p.m. on

1

June 7, 2011.

After the aforementioned briefing schedule concludes, the court will take defendant's motion for summary judgment under submission.

DATED:  May 10, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE