WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
Kelli M. Kennaday, Bar No. 155153
kkennaday@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for Defendant
RECYCLE TO CONSERVE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDISON MAYO,<br><br>    Plaintiff,<br><br>v.<br><br>RECYCLE TO CONSERVE, INC.,<br><br>    Defendant. | Case No. 2:10-cv-00629-WBS-EFB<br><br>**DECLARATION OF KELLI M. KENNADAY IN SUPPORT OF DEFENDANT RECYCLE TO CONSERVE, INC.'S EX PARTE APPLICATION FOR CONTINUANCE OF TRIAL DATE**<br><br>Current Trial Date: November 1, 2011 |

I, KELLI M. KENNADAY, declare as follows:

1. I am an attorney duly licensed to practice before the United States District Court for the Eastern District of California, and am a partner in the law firm of Wilke, Fleury, Hoffelt, Gould & Birney, LLP, counsel of record in this matter for Defendant RECYCLE TO CONSERVE, INC. ("RTC"). I have personal knowledge of the matters stated herein and, if called to do so, could and would competently testify thereto.

2. I am currently in trial before the Stanislaus County Superior Court in the case of Coakley v. American Medical Response (Case No. 651925). That trial commenced on October 4, 2011. In the weeks and months leading up to commencement of that trial, all parties had anticipated—and had informed the Stanislaus County Court accordingly—that trial would take approximately two weeks. However, on the first day of trial (October 4), opposing counsel suddenly informed the court that he believed the trial would require four to five weeks. Based on

719865.1                                                           - 1 -                                         DECLARATION OF KELLI M. KENNADAY
                                                                                                                          2:10-CV-00629-WBS-EFB

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1 that representation, Judge Hurl W. Johnson set aside four weeks for trial.

2     3.     As to the case pending before *this* Court, trial is scheduled to commence on November 1, 2011. While the previously-anticipated two-week trial in Coakley would have allowed me to seasonably prepare for and participate in a November 1 trial in the captioned matter, the new prospect of having to try a four-to-five week case in Stanislaus County will not permit me to do so. Moreover, virtually all of the work to date in this case has been personally handled by me. Thus, a full transfer of trial handling to another lawyer in the firm would be logistically infeasible, as well as very expensive to RTC.

    4.     On October 6, prior to filing this application, I sought to secure Plaintiff's stipulation to the continuance requested herein. However, Plaintiff, through attorney Aldon Bolanos, conditioned his stipulation on RTC's consent to Plaintiff's addition of two witnesses to its witness list. Such a quid pro quo is not palatable to RTC. In addition to the fact that Plaintiff's addition of witnesses has no relationship to the relief sought via the instant application, Plaintiff has already asked the Court for leave to add the two witnesses (CM/ECF Doc. No. 32), and that request is currently pending the Court's determination.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 9th day of October 2011 in Sacramento, California.

                                             /s/ Kelli M. Kennaday
                                             KELLI M. KENNADAY