UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDISON MAYO, | Case No. 2:10-cv-00629-WBS-EFB |
| Plaintiff, | **ORDER DENYING MOTION TO CONTINUE TRIAL DATE** |
| v. | |
| RECYCLE TO CONSERVE, INC., | |
| Defendant. | |

The court has considered the application of defendant RECYCLE TO CONSERVE, INC. ("RTC") to continue the trial date in this matter, and plaintiff's opposition to the motion. It is the responsibility of counsel to manage their respective calendars so as to avoid the kind of conflict that has apparently occurred here. In that regard, counsel needs to either avoid underestimating the length of trials or to have alternative plans in the event that the length of a trial is underestimated. Here, defendant is represented by a large firm with over 31 lawyers. If Ms. Kennaday is involved in a trial in another court at the time the trial of this case is scheduled to begin, she will have to make arrangements for another attorney to handle this trial. This case was set over a year ago for trial to begin on November 1, 2001. The parties and the court have relied on the assumption that trial would proceed on that date. To continue the trial as requested at this late date would prejudice not only the plaintiff but the court, which also has a responsibility to other litigants and the public to effectively manage its calendar.

IT IS THEREFORE ORDERED that defendant's motion to continue the trial date from

1  November 1, 2011 be, and the same hereby is, DENIED.

3  DATED:  October 11, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

- 2 -
719875.1

DEFENDANT RECYCLE TO CONSERVE, INC.'S
REQUEST FOR CONTINUANCE OF TRIAL DATE
2:10-CV-00629-WBS-EFB