Aldon L. Bolanos, Esq., SBN. 233915
925 G Street
Sacramento, CA 95814
Ph.     916.446.2800
Fx.     916.446.2828
www.aldonlaw.com

Attorneys for Plaintiff
EDISON MAYO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDISON MAYO,<br><br>        Plaintiff,<br><br>    vs.<br><br>RECYCLE TO CONSERVE,<br><br>        Defendant. | Case No.  2:10-CV-00629-WBS-EFB<br><br>**PLAINTIFF'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION**<br><br>Trial Date:   November 1, 2011<br>Time:         9:00 a.m.<br>CTRM:         5<br><br>The Honorable William B. Schubb |

   Plaintiff Edison Mayo, pursuant to the Court's Final Pretrial Order, Local Rule 163, and Rule 51 of the Federal Rule of Civil Procedure, supplements his earlier submitted jury instructions (Docket No. 40) with the following proposed instruction:

Dated: October 18, 2011

   */s/ Aldon L. Bolanos, Esq.*
   Aldon L. Bolanos, Esq.
   Attorney for Plaintiff
   Edison Mayo

1

Mayo v. Recycle to Conserve
2:10-CV-00629-WBS-EFB
Plaintiff's Supplement to Proposed Jury Instructions

**PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. 24a**

**PRETEXT**

The Defendant claims that it had legitimate reasons for terminating Edison Mayo. The Plaintiff, on the other hand, claims that the Defendant's asserted reasons are a mere pretext to cover up a discriminatory motive.

The Plaintiff may show that the Defendant's stated reasons for its decisions are pretextual in several ways:

   1. Evidence that the stated reasons for the decisions are false;

   2. Evidence that the Defendant acted contrary to a written company policy prescribing the action to be taken by the Defendant under the circumstances; or

   3. Evidence that the Defendant acted contrary to an unwritten policy or contrary to established company practice when making the termination decision

In determining whether the Defendant's stated reasons for the decision are genuine or pretextual, you must examine the facts as they appeared to the person making the employment decision at the time the decision was made. Evidence of overstatement of company policy could provide evidence of pretext.

*Model Employment Law Jury Instruction, Title VII- Pretext.*
*Rosales v. Career Sys. Develop. Corp., No. Civ. 08-1383 WBS RJM, 2009 WL 3644867, at \*12 (E.D. Cal. Nov. 2, 2009).*

GIVEN AS REQUESTED                                                                      _____

GIVEN AS MODIFIED                                                                        _____

REFUSED                                                                                            _____

WITHDRAWN                                                                                    _____

2

Mayo v. Recycle to Conserve
2:10-CV-00629-WBS-EFB
Plaintiff's Supplement to Proposed Jury Instructions